UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC
2005 DEC 21   P 4: 12

| | |
|---|---|
| Ashley Allan Blitch, #3066590, | ) |
| | ) Civil Action No. 9:05-2448-SB |
| Plaintiff, | ) |
| | ) |
| -vs- | ) ORDER |
| | ) |
| Harrison Bell, Jr.; Harry A. Walker; | ) |
| Dorchester County; and the State of | ) |
| South Carolina, | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the pro se Plaintiff's complaint alleging violations of his constitutional rights, pursuant to 42 U.S.C. § 1983. By order dated November 16, 2005, this Court directed the Clerk to send a copy of the Magistrate Judge's report and recommendation to an address listed by the Plaintiff in other civil actions. The order further noted that the failure to respond to the report and recommendation within 30 days would result in a dismissal. To date, no such objections have been filed. Accordingly, it is

ORDERED that the Magistrate Judge's report and recommendation is affirmed; and this action is dismissed without prejudice and without issuance or service of process.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

December 21, 2005
Charleston, S.C.